PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 2 6 2023

CLERK, U.S. DISTRICT COURT
By_____
        Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

DeAudric Lee #0532939
Plaintiff's Name and ID Number

Tarrant County Jail
Place of Confinement

CASE NO. 4-23CV-082-O
(Clerk will assign the number)

v.

JPS Correctional Health Services
Defendant's Name and Address

Tarrant County Jail
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment?  ___YES ✓  ___NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: _____
      2. Parties to previous lawsuit:
         Plaintiff(s) _____
         Defendant(s) _____
      3. Court: (If federal, name the district; if state, name the county.) _____
      4. Cause number: _____
      5. Name of judge to whom case was assigned: _____
      6. Disposition: (Was the case dismissed, appealed, still pending?) _____
      7. Approximate date of disposition: _____

2

II. PLACE OF PRESENT CONFINEMENT: Tarrant County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: DeAudric Lee  100 N. Lamar Fort Worth, TX. 76196

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: JPS Correctional Health Services

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
MHMR provider evaluated the wrong person but prescribed me his meds.

Defendant #2: ~~Detention Officer~~ Detention Officer - Tarrant County Jail

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Detention officer called out wrong person / didn't pay attention to name that was giving to him.

Defendant #3: 

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: 

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: 

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

ON 12-09-22 in Tarrant county Jail in 61-B-44 pod I was provided unknown meds from A MHMR provider negalence and careless actions. Witom on 12-08-22 came and evaluated the wrong person, and with the help of the correctional officer misconduct! So for several days I was tr taken someone elses meds, until I thought about the percedures and policy to get MHMR meds. The inmate whom the "CO" and the MHMR provider evaluated was name Beodrick Lee, that was in 61-B-01 cell. Witom also is a current MHMR patient!

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be compensated for current and future injuries and damages due to government medical negalence!

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
DeAudric Shamane Lee, DeAudric Lee

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
02389316, 05665979

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___ YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?  ___ YES  ___ NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?   ____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: 1/19/23
             /DATE

DeAudrie Lee
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  19  day of  January , 20 23 .
             (Day)         (month)         (year)

DeAudrie Lee
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

5

DeAudric Lee #0532939
61-B-44

## Statement of Claim

On 12-09-22 in Tarrant County Jail in 61-B-44 pod I was provided unknown meds from MHMR from a provider negalence and careless actions. Whom on 12-08-22 evaluated the wrong person, and with the help of the Tarrant County Jail correctional officer misconduct. So for several days I was given someone elses meds, until I thought about the procedures and policys to get MHMR meds. The inmate whom the "CO" and MHMR provider evaluated was name Brodrick Lee, that was in cell 61-B-01. Whom is also a current psych patient. Due to the careless acts of these government employees and the meds side effects am concern of my future and current health.

After I filed my grievance a MHMR staff employee came to speak to me about my allegations, and promise to investigate my situation, his name Andy C. he came on date 12/13/22. On date 12/14/22 the African lady provider whom is the original provider whom negalence caused this situation and injuries came to see me and evaluated me and prescribd my new meds which I started on 12/15/22. She apologize about her negalence actions.

# Tarrant County Sheriff's Office
# Grievance Response Form

| G232578 | 12/12/2022 | INTAKE | | 24. MHMR OTHER |
|---|---|---|---|---|
| *Number* | *Received Date* | *Assigned To* | *Close Date* | *Classification* |
| 61-B | LEE, DEAUDRIC | | 0532939 | |
| *Housing* | *Name* | | *CID* | |

**Grievance Response Summary**

MR. LEE YOUR GRIEVANCE HAS BEEN RECEIVED IN OUR OFFICE FOR INVESTIGATION. YOU WILL RECEIVE AN ANSWER WITHIN 60 DAYS. ////ZG

*"Grievance procedures are described in the Inmate Handbook. In the event you have lost or misplaced your Inmate Handbook, you may request a replacement from the housing officer."*

# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

File Nbr._____

*Press hard when writing*

**Name** DeAudric Lee                              **CID No.** 0532937

**Housing Assignment** 61-B-44                **Date** 12-11-22

**Is this an "American with Disabilities Act (ADA) Complaint?**   Yes ☐   No ☑

> State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.

I am a victim of Government negligence and meetlessness. On 12-09-22 I was provided meds from my MAR but from a response file "I" supposed to see the provider a day before 12/08/22, but the provider must of seen the other Lee in room 61-B-1. This kind of negligence is how people lose there lives, because the government workers always been careless. I will need all 4 grievance files in my pockets.

---

**GRIEVANCE OFFICE USE ONLY****************DO NOT WRITE BELOW THIS LINE**

**Grievance Officer** _____   **Date** _____   **Code** _____

**Referred to** _____   **Date** _____   **Time** _____

**Response by** _____   **Date** _____   **Time** _____

**GRIEVANCE SUMMARY RESPONSE**

White Copy To File       Canary Copy To Inmate (Grievance Response)       Pink Copy For Inmate Retention

S-101  GPC-1699  REV. 06-06

# Tarrant County Sheriff's Office
# Grievance Response Form

| | | | | |
|---|---|---|---|---|
| G232578 | 12/12/2022 | FISHER | 12/21/2022 | 24. MHMR OTHER |
| *Number* | *Received Date* | *Assigned To* | *Close Date* | *Classification* |
| 61-B | LEE, DEAUDRIC | | 0532939 | |
| *Housing* | *Name* | | *CID* | |

*Grievance Response Summary*

MR. LEE, YOU WERE SEEN BY A PROVIDER ON 12-8-2022 AND YOUR CONCERNS WERE ADDRESSED AT THAT TIME.

*"Grievance procedures are described in the Inmate Handbook. In the event you have lost or misplaced your Inmate Handbook, you may request a replacement from the housing officer."*

*Wednesday, December 21, 2022*                                                                                                   *Page 1 of 1*

# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

File Nbr. G232578

Press hard when writing   12 DEC 2022   07 07

**Name** DeAudric Lee   **CID No.** 0532939

**Housing Assignment** 61-B-44   **Date** 12-11-22

Is this an "American with Disabilities Act (ADA) Complaint?"   Yes ☐   No ☑

State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.

I am a victim of Government negligence and carelessness. On 12-09-22 I was provided meds from MHMR, but from a response kite I supposed to seen the "Provider" a day before 12/08/22, but the Provider must of seen the other Lee in room 61-B-1. This kind of negligence is how people lose their lives, because the government workers always been careless. I will need all documents for my records.

**GRIEVANCE OFFICE USE ONLY******************DO NOT WRITE BELOW THIS LINE**

**Grievance Officer** _____   **Date** 12-12-2022   **Code** 24

**Referred to** _____   **Date** _____   **Time** _____

**Response by** _____   **Date** _____   **Time** _____

**GRIEVANCE SUMMARY RESPONSE**

White Copy To File      Canary Copy To Inmate (Grievance Response)      Pink Copy For Inmate Retention

S-101  GPC-1699  REV. 06-06

DeAudric Lee #0532939
Tarrant County Jail
100 N. Lamar
Fort Worth, TX. 76196



RECEIVED
JAN 26 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

OFFICE OF
Clerk of the U.S. District Court
501 W. Tenth St. Rm. 310
Fort Worth, TX. 76102





Legal Mail