IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DEAUDRIC LEE, No. 0532939 | § § § | |
| Plaintiff, | § § | |
| V. | § | NO. 4:23-CV-082-O |
| JPS CORRECTIONAL HEALTH SERVICES, et al. | § § § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the complaint of DeAudric Lee is **DISMISSED** pursuant to the authority of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

**SO ORDERED** on this 30th day of January, 2023.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**